

April 5, 2023

<u>Via ECF</u>
Hon. Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Windward Bora LLC v. Ana C. Regalado, et al.*
              Civil Action No. 19-cv-04413-DLI-TAM

Your Honor:

      Queens Legal Services represents Defendant Ana Regalado in the above-referenced matter. Please accept this joint letter pursuant to the Court's March 15, 2023 Order. The Parties have conferred, and we respectfully request that Your Honor refer the case to the Court's mediation program.

      We thank the Court for its consideration of our request.

Respectfully submitted,

/s/ *Emily Corcione*
Emily Corcione
Queens Legal Services
8900 Sutphin Blvd, 5th Floor
Jamaica, NY 11435
Tel: (347) 592-2219
Fax: (646) 859-8094
ecorcione@lsnyc.org


cc: All attorneys to be noticed (via ECF)

Queens Legal Services | 89-00 Sutphin Boulevard, 5th Floor, Jamaica, NY 11435
Phone: 347-592-2200 | Fax: 718-657-8581 | www.LegalServicesNYC.org
Michelle Burrell, Project Director | Mark A. Robertson, Board Chair


LSC | America's Partner for Equal Justice
LEGAL SERVICES CORPORATION