

C. LANCE MARGOLIN, ESQ.    ALAN WEINREB, ESQ.    CYNTHIA A. NIERER, ESQ.

August 22, 2023

Via ECF
The Honorable Judge Dora L. Irizarry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

    Re:    *Windward Bora LLC v. Ana C. Regalado, et al.*
             Civil Action No. 19-cv-04413-DLI-RLM

Dear Judge Irizarry,

    We represent Plaintiff in the above-referenced action. We write together with Defendant's counsel pursuant to Your Honor's August 10, 2023 Order directing the parties to submit a joint proposed briefing schedule for our summary judgment motions. We respectfully request the following briefing schedule:

- Plaintiff and Defendant to serve their respective Motions for Summary Judgment on September 21, 2023;
- Parties to serve their respective Oppositions by October 27, 2023; and
- Parties to serve their respective Replies and file the respective fully briefed Motions on November 17, 2023.

    We thank the Court for its review of our submission.

                                          */s/ Alan H. Weinreb*
                                          Alan H. Weinreb, Esq.
                                          Attorneys for Plaintiff

cc:  Emily Corcione, Esq., attorney for Defendant Regalado